**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-                               **Case No. 6:13-cv-1611-Orl-28KRS**

**LENZER E. HERBERT,**

      **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 9) filed November 26, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 20, 2013 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Default Judgment (Doc. 9) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of January, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party