UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                      Case No. 6:13-cv-1611-Orl-28KRS

LENZER E. HERBERT,

    Defendant.

## ORDER

This case is before the Court on Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. No. 11) filed January 2, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Amended Report and Recommendation filed April 1, 2014 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. No. 11) is **GRANTED in part** and **DENIED in part**.

    3.    The Court finds that Lenzer E. Herbert is liable to the United States of America for $7,744.66 plus accrued prejudgment interest.

    4.    The Court assesses $45.00 in costs against Lenzer E. Herbert.

5. The United States' request for attorney's fees is **DENIED without prejudice**. The United States may file a motion for attorney's fees, with a memorandum of law and evidence to support its request, within twenty-one (21) days from the date of this Order. The motion shall comply with the recommendations set forth in the Report and Recommendation (Doc. 15, p. 12-13).

6. After the Court rules on the issue of attorney's fees, the United States will be required to submit a proposed judgment at the direction of the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of April, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party